No. 7095.—Rodríguez, aplte. *v.* Torres, apldo. y Grimm, etc., dmdos.—C. D. San Juan. ■■■■■■■■■■ Julio 26, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

A la moción de la parte apelante presentada a los efectos de que esta Corte dicte a semejanza de lo dispuesto en la Regla 64 una orden al taquígrafo para que prepare una transcripción de la evidencia: visto lo resuelto en julio 24 actual (ante, pág. 917), pudiendo dicha

parte apelante basándose en ello acudir de nuevo a la Corte de Distrito y obtener una resolución favorable a sus pretensiones, no ha lugar.

El Juez Asociado Sr. Córdova Dávila no intervino.